KROUSE v. WOODWARD et al.

No. 15,972; December 31, 1895.

42 Pac. 1085.

Corporate Stock.—One Who Purchases Stock from a Bailee who, by the indorsed assignment, is made the apparent owner thereof, will be protected as against the bailor, though the stock stood on the corporation books in the latter's name.

APPEAL from Superior Court, Santa Clara County; W. G. Lorigan, Judge.

Action by Charles Krouse against John A. Woodward and others to recover certain shares of stock. From the judgment entered plaintiff appeals. Affirmed.

W. C. Kennedy and Wilcox & Patton for appellant; Jackson Hatch, E. M. Roosenthal and S. F. Leib for respondents.

TEMPLE, J.—This is the same case as that already decided on the appeal of Woodward (Krouse v. Woodward, 110 Cal. 638, 42 Pac. 1084). The plaintiff has also appealed from that part of the judgment which denies him relief against Alexander and against the defendant corporation. The judgment is clearly right. By the indorsed assignment he made Woodward the apparent owner of the stock; and, when the court found that Alexander was a purchaser in good faith and for value, plaintiff had lost his case against Alexander. It did not matter that the stock stood on the books in plaintiff's name. These indorsed certificates do pass from hand to hand, and such is a usual mode of selling stock. The judgment in favor of Alexander is affirmed.

We concur: McFarland, J.; Henshaw, J.